**S. M. McGUFFIN, appellant,**

v.

**Bessie McGUFFIN, appellee.**

Court of Appeals of Kentucky.

June 4, 1954.

Haynes Carter, Elizabethtown, for appellant.

J. E. Wise, Elizabethtown, for appellee.

PER CURIAM.

Motion by S. M. McGuffin for an appeal from a judgment of the Hardin Circuit Court, which awarded him $750 against Bessie McGuffin in an action in which he had sought to recover $3,160. We find no error in the record prejudicial to the substantial rights of the appellant.

The motion for an appeal is overruled and the judgment is affirmed.

**Willard D. GROSS, appellant,**

v.

**Jean P. GROSS, appellee.**

Court of Appeals of Kentucky.

June 4, 1954.

See, also, 260 S.W.2d 655.

Elmer Drake, Lexington, for appellant.

Weldon Shouse, Lexington, for appellee.

PER CURIAM.

Motions for an appeal and cross-appeal from a judgment of the Fayette Circuit Court awarding appellee's counsel a fee of $300 for services rendered, and expenses incurred, in representing appellee on an appeal in this Court.

Upon a review of the case, we conclude the allowance of this fee was within the sound discretion of the Chancellor, and that the record supports his finding.

The motions for an appeal and cross-appeal are overruled and the judgment is affirmed on appeal and on cross-appeal.

**MOTORS INSURANCE CORPORATION, Appellant,**

v.

**Frank BOWLING, Appellee.**

Court of Appeals of Kentucky.

June 4, 1954.

Willis W. Reeves, Hazard, for appellant.

S. M. Ward, Hazard, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Perry Circuit Court awarding appellee $476 in an action upon an insurance policy issued by appellant insuring appellee's motor vehicle against loss or damage by collision.

Upon a review of the record we find no error which we consider prejudicial to the appellant's substantial rights.

The motion for an appeal is overruled, and the judgment is affirmed.